UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DESMOND EVERETT,

   Plaintiff,

-vs-                                                 CASE NO.:  3:19-CV-02369-M

CONN APPLIANCES, INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Desmond Everett, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Michael Harvey and Christopher Morgan Jordan, Esq., Munsch Hardt Kopf & Harr, P.C., 700 Milam St., Suite 2700, Houston, TX  77002 (mharvey@munsch.com, cjordan@munsch.com, and conns@munsch.com).

/s/Joshua R. Kersey_____
Joshua R. Kersey
Texas Bar Number: 24090206
MORGAN & MORGAN, PA
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile:  (813) 222-2490
JKersey@ForThePeople.com
JDerry@ForThePeople.com
JKneeland@ForThePeople.com
LCrouch@ForThePeople.com
*Attorney for Plaintiff*