UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DESMOND EVERETT,

    Plaintiff,                             CASE NO.:  3:19-CV-02369-M

-vs-

CONN APPLIANCES, INC.,

    Defendant.

_____/

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

       **COMES NOW** the Plaintiff, Desmond Everett, and the Defendant, Conn Appliances, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

       Respectfully submitted this 29th day of June, 2020.


s/ *Joshua R. Kersey*_____
Joshua R. Kersey
Texas Bar No. 24090206
MORGAN & MORGAN, PA
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:  (813) 223-5505
Facsimile:  (813) 222-2490
JKersey@ForThePeople.com
JDerry@ForThePeople.com
JKneeland@ForThePeople.com
*Attorney for Plaintiff*

*/s/ChrisM. Jordan*_____
Michael A. Harvey
State Bar No.:  24058352
Christopher M. Jordan
State Bar No.:  24087817
Munsch Hardt Kopf & Harr, PC
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-4088
Facsimile:  (713) 222-5868
mharvey@munsch.com
cjordan@munsch.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:   Michael Harvey and Christopher Morgan Jordan, Esq., Munsch Hardt Kopf & Harr, P.C., 700 Milam St., Suite 2700, Houston, TX  77002 (mharvey@munsch.com, cjordan@munsch.com, and conns@munsch.com).

/s/Joshua R. Kersey_____
Joshua R. Kersey
Texas Bar Number: 24090206
MORGAN & MORGAN, PA
*Attorney for Plaintiff*